IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE GOODRITZ,                    :        CIVIL ACTION

      vs.                                 :

733 CHESTNUT, LLC, et al.           :        NO. 17-02173

**O R D E R**

**AND NOW, TO WIT:** This 22nd day of September, 2017, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                **KATE BARKMAN**, Clerk of Court

                **BY:** */s/ Katie Furphy*
                      Katie Furphy
                      Civil Deputy Clerk

Copies Emailed on 9/22/17 to:
  Franklin J. Rooks, Jr., Esq.
  Jared A. Jacobson, Esq.
  Richard M. Ochroch, Esq.
  Sylvia Jeanine Conley, Esq.
  Sarah Bryan Fask, Esq.
  Brett N. Benton, Esq.

Civ 2 (7/83)

41.1(b)